**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **SYLVANUS M. JONES,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:18cv00644** |
| | ) | |
| **v.** | ) | **MEMORANDUM OPINION** |
| | ) | |
| **DR. KOSCINSKI,** | ) | **By: Michael F. Urbanski** |
| **Defendant.** | ) | **Chief United States District Judge** |

Plaintiff Sylvanus M. Jones, proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983. By conditional filing order entered December 26, 2018, the court advised Jones that he must notify the court immediately in writing upon his transfer or release and must provide the court with a new address. See ECF No. 3. By order entered January 25, 2019, the court directed Jones to file an amended complaint. See ECF No. 8. On February 25, 2019, the order was returned to the court as undeliverable and with no forwarding address. See ECF No. 9. Jones has not provided the court with an updated address and, therefore, the court has no means of contacting him. Accordingly, the court will dismiss Jones's complaint without prejudice. Jones is advised that he may refile his claims in a separate action, subject to the applicable statute of limitations.

**ENTER**: This ___27th___ day of February, 2019.

/s/ Michael F. Urbanski
_____
Chief United States District Judge